In the Matter of JOHN J. BURNS, Respondent. CHARLES P. SULLIVAN, Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.

Argued August 18, 1951; decided August 18, 1951.

*Joseph A. Solovei* for appellant.

*Denis M. Hurley, Joseph M. Lonergan, Milton Mollen, William E. Clancy, J. Wolfe Chassen, John W. Williams* and *James McDonald* for John J. Burns, respondent.

Order affirmed, without costs; no opinion.

Concur: CONWAY, DESMOND, DYE and FROESSEL, JJ. Dissenting: LOUGHRAN, Ch. J., LEWIS and FULD, JJ.